

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-13-2005

# USA v. Jihad

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1587

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation
"USA v. Jihad" (2005). *2005 Decisions.* Paper 119.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/119

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**NO. 05-1587**

UNITED STATES OF AMERICA

v.

RASHID JIHAD, Appellant

Appeal from Judgment of Conviction and Sentence Entered in the District Court for the
District of New Jersey at D.C. No. 04-CR-00108
District Judge: The Honorable William J. Martini

_____

**Present**: SCIRICA, <u>Chief</u> <u>Judge</u>, VAN ANTWERPEN and ALDISERT,
<u>Circuit Judges</u>.
_____

**ORDER SUR PETITION FOR PANEL REHEARING**

_____

The petition for panel rehearing filed by Appellant having been submitted to the

judges who participated in the decision of this Court, it is ordered that the petition be and

is hereby granted, that the panel opinion filed October 25, 2005 be and that same is

hereby vacated, and that an amended not precedential opinion be prepared and filed, and

that the petition for rehearing en banc is thereby denied as moot.

BY THE COURT:

/s/ Ruggero J. Aldisert
Circuit Judge

**Dated: December 13, 2005**
**CMD/cc: John H. Yauch, Esq.**
**George S. Leone, Esq.**
**Caroline A. Sadlowski, Esq.**